UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>TERRELL HASKINS, and<br>JUSTIN HAMPTON,<br><br>Defendants. | 21-Cr-766 (JPC)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, Declaration of Phillip B. Jobe dated August 11, 2022 and the exhibits thereto, and the Declaration of Justin Hampton dated August 10, 2022, the undersigned will move this Court on September 23, 2022 at 10:00 AM EST, before the Honorable John P. Cronan, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an order suppressing statements Mr. Hampton made to law enforcement officers on November 16, 2021.

      PLEASE TAKE FURTHER NOTICE, that upon prior order of the Court, answering papers, if any, shall be served on or before August 25, 2022, and any reply papers shall be served on or before September 7, 2022.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| DATED: New York, NY<br>August 11, 2022 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>/s/ Marc L. Greenwald<br>Marc L. Greenwald<br>Phillip B. Jobe<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br>marcgreenwald@quinnemanuel.com<br>phillipjobe@quinnemanuel.com<br><br>*Attorneys for Defendant Justin Hampton* |